UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEOPHUS FITTS, JR.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA CORRECTIONS HEALTHCARE, *et al.*,<br><br>　　　　　　Defendants. | Case No. 5:22-cv-01935-FLA (RAOx)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the court has reviewed Plaintiff Cleophus Fitts, Jr.'s ("Plaintiff") Second Amended Complaint, Dkt. 14, Defendant Marciano's Motion for Summary Judgment, Dkt. 45, Plaintiff's Response in Opposition, Dkt. 49, Defendant Marciano's Reply to Plaintiff's Opposition, Dkt. 50, the Magistrate Judge's Report and Recommendation issued September 27, 2024 ("Report"), Dkt. 54, and all of the other records and files herein. Objections to the Report were due by October 11, 2024, and the court has not received any objections to date.

The court hereby ACCEPTS and ADOPTS the findings, conclusions, and recommendations of the Magistrate Judge. Accordingly, Defendant Marciano's Motion for Summary Judgment is GRANTED, and this action is DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: December 2, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge