JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEOPHUS FITTS, JR.,<br><br>        Plaintiff,<br><br>   v.<br><br>CALIFORNIA CORRECTIONS HEALTHCARE, *et al.*,<br><br>        Defendants. | Case No. 5:22-cv-01935-FLA (RAOx)<br><br>**JUDGMENT** |

Pursuant to the court's Order Accepting Report and Recommendation of United States Magistrate Judge, it is ORDERED and ADJUDGED that this action is DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: December 2, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge